IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY ASHLEY**
**ADC #099718C** **PLAINTIFF**

v. **CASE NO. 4:20-CV-01122-BSM**

**RUTH BADER GINSBURG,**
U.S. Supreme Court Justice, *et al.* **DEFENDANTS**

## ORDER

Ricky Ashley's motions to proceed *in forma pauperis* [Doc. Nos. 1, 4] are denied. Ashley has at least three strikes under the PLRA. *See Ashley v. Moody*, 4:18-CV-00482 BRW (E.D. Ark. filed July 25, 2018); *Ashley v. Moody, et al.*, 4:18-CV-00497 BSM (E.D. Ark. filed July 31, 2018); *Ashley v. Moody., et al.*, 4:18-CV-00498 KGB (E.D. Ark. filed July 31, 2018). Other than the frivolous allegations that defendants attempted to infect him with Covid-19 and urged him to kill himself, the complaint fails to allege that he is in imminent danger of serious physical injury. *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992); *Vandiver v. Prison Health Services, Inc.* 727 F.3d 580, 585 (6th Cir. 2013); *See* 28 U.S.C. § 1915(g). This case is therefore dismissed without prejudice. If Ashley wants to pursue this case, he has thirty days to pay the filing fee of $402 to the clerk, noting the above style and case number, along with a motion to reopen this case. This case will be reopened once the filing fee and the motion have been received.

Ashley's motion to appeal *in forma pauperis* [Doc. No. 9] is denied because it is not in good faith.

IT IS SO ORDERED this 7th day of December, 2020.

                                                                           UNITED STATES DISTRICT JUDGE