IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY ASHLEY**
**ADC #099718C**                                                                                                **PLAINTIFF**

v.                                    CASE NO. 4:20-CV-01122-BSM

**RUTH BADER GINSBURG,**
U.S. Supreme Court Justice, *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE